**Order entered December 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01355-CR

### L.D. MILLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F11-27250-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazelwood's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazelwood to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/      ADA BROWN
JUSTICE